≋AO 245B   (Rev. 12/11) Judgment in a Criminal Petty Case
Sheet 1

```
                                                        FILED
                                                        JUN 1 8 2015
                                                        CLERK, U.S. DISTRICT COURT
                                                        SOUTHERN DISTRICT OF CALIFORNIA
                                                        BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| ALVARO LOMELI CASTRO (1) | Case Number: 15CR0765-WVG |
| | LINDA LOPEZ, FEDERAL DEFENDERS |
| | Defendant's Attorney |

REGISTRATION NO. 14052298

☐

THE DEFENDANT:
☒ pleaded guilty to count(s) 1 of the Information
☐ was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| **Title & Section** | **Nature of Offense** | **Count Number(s)** |
|---|---|---|
| 18 U.S.C. 111 (a) | Assault on a Federal Officer (Class A Misdemeanor) | 1 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment.

☐ The defendant has been found not guilty on count(s) _____
☐ Count(s) _____ is ☐ are ☐ dismissed on the motion of the United States.
☒ Assessment: $25

☒ Fine waived     ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

JUNE 18, 2015
Date of Imposition of Sentence

/s/ signature

HON. WILLIAM V. GALLO
UNITED STATES MAGISTRATE JUDGE

15CR0765-WVG

AO 245B    (Rev. 12/11) Judgment in Criminal Petty Case
           Sheet 2 — Imprisonment

Judgment — Page  2  of  3

DEFENDANT: ALVARO LOMELI CASTRO (1)
CASE NUMBER: **15CR0765-WVG**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

12 MONTHS

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____.

   as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ _____

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245S   Judgment in Criminal Case
        Sheet 5 — Criminal Monetary Penalties

Judgment — Page __3__ of __3__

DEFENDANT: ALVARO LOMELI CASTRO
CASE NUMBER: 15CR0765-WVG

# RESTITUTION

The defendant shall pay restitution in the amount of _____$480.00_____ unto the United States of America.

This sum shall be paid ____ immediately.
                        _x_ as follows:

PAYMENT OF RESTITUTION SHALL BE FORTHWITH. DURING ANY PERIOD OF INCARCERATION THE DEFENDANT SHALL PAY RESTITUTION THROUGH THE INMATE FINANCIAL RESPONSIBILITY PROGRAM AT THE RATE OF 50% OF THE DEFENDANT'S INCOME, OR $25 PER QUARTER, WHICHEVER IS GREATER. THESE PAYMENT SCHEDULES DO NOT FORECLOSE THE UNITED STATES FROM EXCERSING ALL LEGAL ACTIONS, REMEDIES, AND PROCESS AVAILABLE TO IT TO COLLECT THE RESTITUTION JUDGMENT. UNLESS RESITUTION HAS BEEN PAID, THE DEFENDANT SHALL NOTIFY THE CLERK OF THE COURT AND THE UNITED STATES ATTORNEY'S OFFICE OF ANY CHANGE IN THE DEFENDANT'S MAILING OR RESIDENT ADDRESS, NO LATER THAN 30 DAYS AFTER THE CHANGE OCCURS.

The Court has determined that the defendant _does not_ have the ability to pay interest. It is ordered that:

_X_    The interest requirement is waived.

____    The interest is modified as follows:

15CR0765-WVG